UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 09 2008
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dawayne Tolliver
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

J. Pentimone
Police Officer Badge #6054
Chicago Police Department
3340 W. Fillmore
Liability of Supervisory Officers, Other Officers present at the scene,
Individual Officer with immediate contact with the plaintiff, On 9-23-07

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV0198
JUDGE MANNING
MAG. JUDGE NOLAN

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: Dawayne Tolliver

   B. List all aliases: _____

   C. Prisoner identification number: 20070072569

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002, Chicago, Ill. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: J. Pentimone
      Title: Police Officer    Badge 6054
      Place of Employment: Chicago Police Dept, 3340 W. Fillmore

   B. Defendant: Supervisory Officers    To be Subpoena name Badge no #
      Title: Liability of Supervisory Officers
      Place of Employment: Chicago Police Department

   C. Defendant: Other Officers present at the Scene    To be Subpoena Name Badge #
      Title: Other Officers
      Place of Employment: Chicago Police Department

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   Individual Officer with immediate contact with the plaintiff

   Individual Officer

   Chicago, Police Department

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Tolliver Vs Cook County Sheriff,

B. Approximate date of filing lawsuit: 1-5-06 /10-3-06/11-27-07/12-3-07 12-3-07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Dawayne Tolliver   no /aliases

D. List all defendants: Tolliver Vs Cook County Sheriff, Tolliver Vs. Cook County Medical Administrator, City of Chicago (Chicago Police Department), Chicago Police Officer Jenkins, City of Chicago, Superintendent

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern District

F. Name of judge to whom case was assigned: Judge Gettleman

G. Basic claim made: Denied of Medical Treatment and Conditions of Confinement

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): haven't happen yet   yes
This case still pending

I. Approximate date of disposition: It haven't happen yet I believe

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Name of case and docket Number, Tolliver Vs. Cook County Sheriff Medical Dept., Tolliver Vs. Cook County Dept. Administraten

Approximate date of filing lawsuit, 1-5-06/10-3-06/11-27-07/11-29-07 12-3-07

List all plaintiffs [if you had co-plaintiffs] including and ailiase Dawayne Tolliver. No/aliases

List all defendants: Chicago Police Officers Jenkins, City of Chicago, Chicago Police Department, Chicago Police Officers, City of Chicago, Superindentant Cook County Sheriff Medical Staff, Cook County Administrator, City of Chicago

Name of Judge to whom case was assigned [for different cases 3 Judge's. Hibbler, Bucklo, John W. Darrah.

United States District Court, Northern District Of Illinois 219 S. Dearborn St Eastern Division Of Illinois District

Basic Claim made; " Police Brutality , Police Misconduct, Cook County Jail Cook County Medical Dept, City Of Chicago , Police Officer Jenkins, Chicago Police Department, City of Chicago, Chicago Police Department et, al.

Disposition of this case [for example 4 Was the case dismissed? one of them, Was it appealed? No, Is it still pending? Yes

Approximate date of disposition? No, It haven't happen yet.

I have gave all the information concerning this complaint form from the federal Court to comply with the court to my knowledge and to be inform to my lack of information I inform the court with what I can remember and to ask for assistance if I forgot something please inform me and I do my best to straight it out

Dawayne Tolliver

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Liability of Supervisory Officers, Other Officers present at the scene, Individual Officer pres with immediate contact with the plaintiff, On 9-23-07 Although the Supervisors weren't actually present at the scene they are liable for acquiescing their unlawful activities, of having prior complaints of Misconduct. this particular Section 3340 W. Fillmore, special operation. Supervisor failure to act has amounted to rough, reckless and even deliberate indifference to my constitutional rights. When Misconduct of these subordinates reached me when I was stopped without reason, questioned on the spot, searched, then disrobed to matched the discription - impartial. Of a wanted suspect. Then with this, the Officer J. Pentimone #6054 Violated the privacy of my body, an act that was so offensive and undecent, in search of drugs. The said officer tugged on the waist band of my pants to have clear view of my genitals and then my rear area - using a piece of trash, (this being a stick of some sort) from the ground to dig in my ass cheek in search of herione, in public.

4

Revised 9/2007

making false allegations and further ~~much~~ more signing and filing a complaint, falsely against me Allegation of watching ~~me~~ me commit a crime, but at the same time detained an innocent person, just as myself, in search of ~~thier~~ suspect. Why stop another person if observed me committing a crime, upon discovery of my (~~partial description~~) red shirt. A partial discription to their suspect. I was then made this officer's wanted suspect. This officer J. Pentimone gave my property this being the article of clothen ~~I~~ was disrobed of to match or made to match is partial a person being sought for drug sells. A Blk hoodie and cell phone and they not only tried to deprived me of my property, but my currency as well, freedom too, and to give him a gun he would let me go free, and this is a violation of my Constitutional Civil Rights, under, the United States of America

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Compensate for physical pain and hurt from inflicting cruel and unusual punishment on me of hurt and pain, for him to be a Officer of Law to make me suffer physical and mental pain and hurt, and criminal charge's against him Ten Million Dollars

VI.  The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20___

_Dawayne Tollver_
(Signature of plaintiff or plaintiffs)

Dawayne Tollver
(Print name)

20070072569
(I.D. Number)

P.O. Box 089002
Chicago, Ill. 60608
(Address)

6

Revised 9/2007