Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 198 | **DATE** | April 16, 2008 |
| **CASE TITLE** | Dawayne Tolliver (#2007-0072569) v. J. Pentimone, et al. | | |

**DOCKET ENTRY TEXT:**

On 2/20/08, the Court ordered Plaintiff either to file an *in forma pauperis* application with the information required by § 1915(a)(2) or to pay the full $350 filing fee. The Court also advised Plaintiff that failure to comply with the order within 30 days would result in summary dismissal of the complaint. Plaintiff did not comply with this order. Accordingly, this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b). However, having brought this action, Plaintiff remains obligated to pay the full filing fee. *See* 28 U.S.C. § 1915(b)(1). Nonpayment may affect Plaintiff's ability to bring future suits *in forma pauperis*. *See Thurman v. Gramley*, 97 F.3d 185, 187 (7th Cir. 1996), overruled on other grounds by *Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000).

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | CLH |