MHN

**FILED**
APR 2 4 2008
4-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No# 08C198

Judge Manning

Magistrate Judge Nolan

Dawayne Tolliver
#2007-0072569 :
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

1:08-cv-00198

Dawayne Tolliver V. J. Pentimone et al

I am writing this in regarding to your Letter today I never receive any court order form for In forma Pauper's Application And Financial Affidavit from the court at all your Honorable Judge Manning, The Cook County Jail never came me the court order, I would have comply this is an on going problem with the individual in the Cook County Jail, I never receive an court order Sir not all. They have the mail handling and haven't given it to me.

Dawayne Tolliver

1

Order Form (01/2005)

Case 1:08-cv-00198 Document 5 Filed 04/16/2008 Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 198 | DATE | April 16, 2008 |
| CASE TITLE | Dawayne Tolliver (#2007-0072569) v. J. Pentimone, et al. | | |

**DOCKET ENTRY TEXT:**

On 2/20/08, the Court ordered Plaintiff either to file an *in forma pauperis* application with the information required by § 1915(a)(2) or to pay the full $350 filing fee. The Court also advised Plaintiff that failure to comply with the order within 30 days would result in summary dismissal of the complaint. Plaintiff did not comply with this order. Accordingly, this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b). However, having brought this action, Plaintiff remains obligated to pay the full filing fee. See 28 U.S.C. § 1915(b)(1). Nonpayment may affect Plaintiff's ability to bring future suits *in forma pauperis*. See *Thurman v. Gramley*, 97 F.3d 185, 187 (7th Cir. 1996), overruled on other grounds by *Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000).

Docketing to mail notices.

I never receive an court order from in forma pauperis Application the cook County jail never gave me that court order I would had comply your Honorable Judge Manning please advise the cook County jail to comply by giving me the court order so I would comply immediatly. I didn't know about an court order or was I inform about an court order concerning the "in forma pauperis Application", I would answer that fast in an hurry if I have gotta your court order the cook County jail people in Authority didn't give it to me

Dawayne Tolliver

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1