BR

X copies

RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 29 2008
Apr 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dawayne Tolliver

Magistrate Judge Nolan

Judge Manning

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

AMENDED

Case No: 08 C 0198

vs. # 6054 (To be supplied by the Clerk of this Court)

Jerry Pentimone Badge
Police Officer Dobek
Police Officer John Doe's
from Grand Central Station Police
Liability of Supervisory Officers, Other Officers present
at the scene, Individual Officer with immediate contact
with the plaintiff On 9-23-07 which
he was denied Medical Treatment and
Attention Officer's John Doe's, Lieutenant or
Captain to check the Surveillance Camera on 9-23-08
Also No Medical Treatment
at intake Cook County Jail Div 11 State

In their Individual
Capacities denying Me
Medical Treatment 9-23-07
Grand Central police station

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.  **Plaintiff(s):**

   A. Name: Dawayne Tolliver

   B. List all aliases: _____

   C. Prisoner identification number: 200700725 69

   D. Place of present confinement: Cook County jail

   E. Address: P.O. Box 089002, Chicago, Ill. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Jerry Pentimone #6054

      Title: Police Officer

      Place of Employment: Grand Central Police Station 5340 W. Fillmore

   B. Defendant: Dobek

      Title: Police Office

      Place of Employment: Grand Central Police Station

   C. Defendant: Other Officers present at the scene   To be subpoena Name Badge No

      Title: Other Officer John Doe's

      Place of Employment: Chicago Police Department

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Individual Officer with immediate contact with the plaintiff

Individual Officer

2                                                                Revised 9/2007

Chicago Police Department

Liability of Supervisory Officers, Other Officers present at the scene Police Officer John Does

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Dawayne Tolliver V. Cook County Administrator Dawayne Tolliver V. Cook County jail Sheriff

B. Approximate date of filing lawsuit: 1-5-06, 10-3-06, 11-27-07, 11-29-07, 12-3-07, 9-23-93, 1-9-08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A Dawayne Tolliver

D. List all defendants: Cook County Sheriff, Cook County Administrator, Cook County Sheriff, City of Chicago, Chicago Police Department, Jerry Penthmine, Officer Jen Kihs, Povy Jmes, Superintendent John Streger Jr Hospital, Product Hospital, Bertina E Lamplen, Edwin A Bruettee, Richard A Divine, Assistants John Doe's

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern District

F. Name of judge to whom case was assigned: Judge Gettleman

G. Basic claim made: No Medical Treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): yes the case still pending

I. Approximate date of disposition: I haven't had on yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

names of cases and docket number of lawsuit against Chicago Police officer Jenkins

Approximate date of filing lawsuit. Sept between Oct. 1993 / 1-5-06/10-27-06, 11-27-07 11-29-07/12-3-07/1-9-08 / Three Times 1-9-08

List all plaintiffs [if you had co-plaintiffs] including and aliases N/A

List all defendants; Cook County Sheriff, Cook County Administrator, Chicago Police Officer Jenkins, City of Chicago, J. Pentimone, James Nory, SOS, John Doe's Police Officers, John Strogen Jr Hospital, Prodent Hospital, Ewin A. Bruettee, Richard A. Divene, Assistant John Doe's The Superintendent et al Cook County Dept. Corr Snooks, Other Police Officer's John Doe's

Court in which the lawsuit was filed if federal court, name the district; if state court name the county; Northern District of Illinois Eastern District

Name of Judge to whom case was assigned; Judge Aspen, John W. Darrah, Gettleman,

Basic Claim Made; Police Brutality of Misconduct, No Medical Treatment

Disposition of this case for example. Was the case dismissed? Was it appeal? Is it still pending? No the case is not ~~still~~ pending it was dismissed resolved

Approximate date of disposition? No, It haven't happen yet still waiting

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

"I was denied Medical Treatment from grand Central Police Station 9-23-07. Deliberately indifferences for Liability of Supervisory Officers, Other Officers present at the Scene, Individual Officer with immediate contact with the plaintiff. On 9-23-07 when Dawayne Tolliver was denied Medical Attention, and was ignore Medical Treatment. Although the Supervisors weren't actually present at the scene they are Liable for acquiescing their unlawful activities of abuse of power by failure to act has amounted to rough, reckless search of the Undecent act to my body privacy in search for drugs, dug some sort of stick in my ass cheek, which I have been trying to get Medical Attention for Medical Treatment and to no avail, I was ignore, disregard at grand Central Police Department, which I was there all day yelling for assistance and not once who any would anyone assist me, and than came a white-shirt I yell and call for him but to no avail he just ignore me after he came and straight out the surveillance camera a Lieuteant, Captain John Doe, he Left exit the door. I have been trying to get Medical Treatment for my butt and it took months. Because when I arrived at the Cook County jail intake 9-24-07 I was told by an Dr. Assistant John Doe that seem me, tell it to the judge in DN, 5-9-24-07 And now I was sent to DN.11 and I put In.,

4

Revised 9/2007

Medical forms, request slips, and finally I had to write up some grevances on the subject because I still wasn't getting any assistance for my Medical problem my butt being sort and in pain so I got some more grievances and kept on writing them up. And finally I was seem but it took months from 9-24-07 To 1-15-08 to be seem by an Doctor in Div 11 and he gave me something for me to take to have bowel movement, But I couldn't receive any from grandd Central Police Department Officer 9-23-07 John Doe's by the Police Officers that was at the scene is liable they never try to prevent it from happening or to assist me with Medical Attention for Treatment I couldn't get for some reason from grandd Central Police Department Police Officer on duty there me crying out for assistance and couldn't get any help. All because of Jerry Pentimone #6054 violated my privacy of my body an act that was so offensive and undecent, in search of drugs. The Officer tugged on the waist band of my pants to have clear view of my genitals and then my rear area – using a piece of trash, [this being a stick of some sort] from the ground to dig in my ass check in search of heroin, "in public" Without any Medical Treatment for my butt being mess up and still I have to live that moment over, over again in my sleep which awakes me every night, Without getting any Medical Attention for Medical Treatment since this incident happen to me, this will offensive to any human being deprivation for Medical Treatment for my injury from grandd Central Police Department John Doe # Police Officer Jerry Pentimone 6054 and other John Doe's

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

They need to change their policy for someone that is detain at their Police Station for pain and suffering for not giving me Medical Treatment for inflicting cruel and unusual punishment Ten Million Dollars on me pain and hurt physical pain and Mental anguish and suffering To be Compensation

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Dawayne Tolliver_
(Signature of plaintiff or plaintiffs)

Dawayne Tolliver
(Print name)

2007007 2569
(I.D. Number)

P.O. Box 089002
Chicago, Ill. 60608
(Address)

6                                Revised 9/2007

Dawayne Tolliver 20070072569
P.O. Box 089002
Div. 11 D G
Chicago, Ill. 60608

Magistrate Judge Nolan
Judge Manning
Case No.# 08 C 0198

I Dawayne Tolliver in respect to the court, I'm senting grievances forms, from the Cook County jail showing since that incident happen for me to receive Medical Treatment 9-24-07 when I arrived at the Cook County jail do to the encounter with Police Officer. On 9-23-07 no medical attention or Treatment I reckive and now, it took the Cook County jail 4 Months to receive any kind of concern by me writting up an grievance to receive any assistance about my butt being hard real hard bowEL movement is none thats one of the problems I'm having concerning this issue or the pain I have been having and crying because of what the Officer did to me now they give me some kind of pills to have bowEl movement, but nothing for the pain. Also I was i

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Tolliver**   First Name: **Dawayne**

ID #: **2007-0072567**   Div.: **11**   Living Unit: **DG**   Date: **1/15/08**

BRIEF SUMMARY OF THE COMPLAINT: This issue is concerning the Doctor Carlos Altez 1-15-08 Tuesday Morning I was on sick-call line, and I complain about my ass being sore do to my unfortunately encounter with Police Officer sticking something in my butt. And I wouldn't let Doctor Carlos Altez put his finger's inside of my butt, and he wouldn't put it on filed, and now I have to write him up for not doing his job as a Doctor and putting down what happen to my ass, or my butt on 9-23-07 when I complaint about it since that I will need Medical attention.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
The Federal Court Now knows about it Also

ACTION THAT YOU ARE REQUESTING:
To have my right to medical Treatment for my butt being poke with something inside my butt for Treatment

DETAINEE SIGNATURE: *Dawayne Tolliver*

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 208X0095

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: Tolliver    First Name: Dawayne    ID#: 2007-0072569

Is This Grievance An **Emergency**?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges unprofessional conduct by M.D. regarding documentation

C.R.W. Referred Griev. To: Cermak    Date Referred: 1/17/08

Response Statement: Referred to Medical Services

_____ (signature) _____ Date: 1/18/08    Div./Dept.: CRTS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

LT. Nowak    LT. _____    Date: 24/Jan/08    Div./Dept.: Cer-11
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

_____    _____    Date: 1/18/08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 1/25/08    Detainee Signature: Dawayne Tolliver

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 1/25/08

Detainee's Basis For An Appeal: This have been to long to receive Medical Attention since 7-24-07 since I have been complainting about this Medical problem since I been he

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Per CHS Admin Mr. Tolliver refused to be examined.

Appeal Board's Signatures / Dates: _____ 1/1/08    _____ 2-5-8

Date Detainee Rec.'d the Appl. Bd.'s Response: __/__/__    Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2008X0075

Referred To: Cermak.

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Tollivey      First Name: Dawayne

ID #: 2007-0072569   Div.: 11   Living Unit: DG   Date: 1/24/08

BRIEF SUMMARY OF THE COMPLAINT: I haven't receive any medical Treatment for my butt being hurt do to my encounter with the Chicago Police Officer the day of my arrest 9-23-07 when I start complainting about it 9-24-07 when I arrived at the Cook County jail and it took all this time me putting medical forms, requests slips, and now grievances concerning the abuse I took from the Police Officer on that day, I am having problems using bowel movements and my ass is sore do to the pain I am feeling from the undecency expectation of privacy violated by Police Officer, I still looking for Medical Treatment

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
I have inform the Medical Staff here in Div. 11 1-15-08

ACTION THAT YOU ARE REQUESTING:
To receive medical Treatment

DETAINEE SIGNATURE: Dawayne Tollivey

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 1/25/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: _Program Services_

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Tolliver**    First Name: **Dawayne**

ID #: **2007-0072569**  Div.: **11**  Living Unit: **C.C.**  Date: **2/13/08**

BRIEF SUMMARY OF THE COMPLAINT: I received my appeal and it is a lie I Dawayne Tolliver never refuse any medical examine it was Doctor Yu being unprofessional toward me. They are trying to make it look like I refuse and I never did that's a lie. I never sign anything refusing medical treatment that's why I wrote a grievance on that issue on Doctor Yu unprofessional medical treatment and I never heard anything on that grievance I wrote on Dr. Yu and Social Worker Martinez has it and I still waiting on a reply

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
I wrote grievances concerning this issue Social Worker

ACTION THAT YOU ARE REQUESTING: I have them stop lying on me I never refuse treatment and to get a doctor that will assist me on my medical needs that's why I appeal stop covering

DETAINEE SIGNATURE: _Dawayne Tolliver_

C.R.W.'S SIGNATURE: _Gee Wash___   DATE C.R.W. RECEIVED: **2/15/08**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note:*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

Detainee's Last Name: Tolliver    First Name: Dawayne

ID#: 2007-0072569    Div: 11    Tier/Living Unit: CC

Date of Request: 2/13/08    Date C.R.W. Received Request: 2/15/08

This request has been processed by: Joe Workman    C.R.W.

Summary of Request: Detainee wants to see a doctor and said he didn't refuse treatment.

Response and/or Action Taken: Per Cermak Detainee refused treatment all levels of response have been exhausted see attached Appeal.

Joe Workman — Joe Workman    Date: 2/20/08   Div./Dept. 11
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

Part – B / Control #: 2008 X 0478

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Tolliver   First Name: Dawayne   ID#: 20070072569

Is This Grievance An **Emergency**?   YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges lack of medical attention

C.R.W. Referred Griev. To: Cermak   Date Referred: 3/13/08

Response Statement: Referred to Medical Services

_____

C. Smith _____ (signature) _____ Date: 3/13/08  Div./Dept. CMS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Capt. T. Elephart 51 _____ (signature) _____ Date: 3/17/08  Div./Dept. CCDOC
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

W. Harvey _____ (signature) _____ Date: 3/14/08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 3/18/08   Detainee Signature: X Tolliver

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

_____

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___   Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)