**FILED** Ctt

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 1 9 2008
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Dawayne Tollver

v.

Defendant(s) J. Pentimone Police Officer bagde #6054, 3540 W. Fillmore, Liability of Supervisory Officers, other Officers present at the scene, Individual Officers with immediate contact w/ plaintiff On 9-23-07 Police Officer Chicago Police Department Do beck 5555 W. Grand

Case Number: 08C 0198

Judge: Manning

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Dawayne Tolliver, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Jeffrey B. Granich / The Monadnock building 53 W. Jackson Michael P. Gillespie; LTD, Boulevard - Suite - 840 Chicago, Ill 60604 53 W. Jackson Blvd. Chicago Ill 60604 Sammel E. Adam · 6133 South Ellis Avenue Timothy P. Nance 7253 W. 105nd St. Chicago, Ill. 60637 Palos Hills, Ill. 60465

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

20070072569

Dawayne Tolliver
Movant's Signature

P.O. Box 089002 Cook County Jail
Street Address

Chicago, Ill 60608
City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| | |
|---|---|
| Assigned Judge | Darrah |
| Case Number | 07 C 6659 |
| Case Title | Dawayne Tollver vs. City of Chicago et al |
| Appointed Attorney's Name | N/A dismiss |
| If case is still pending, please check box: | ☐ |

| | |
|---|---|
| Assigned Judge | Hibbler |
| Case Number | 07 C 6796 |
| Case Title | Dawayne Tollver vs. City of Chicago et al |
| Appointed Attorney's Name | N/A |
| If case is still pending, please check box: | ☒ |

| | |
|---|---|
| Assigned Judge | Manning |
| Case Number | 08 C 0198 |
| Case Title | Dawayne Tollver v. J. Pentimone et al |
| Appointed Attorney's Name | none |
| If case is still pending, please check box: | ☒ |

| | |
|---|---|
| Assigned Judge | Gettleman |
| Case Number | 08 C 1237 |
| Case Title | Dawayne Tollver v. Superintendent Snook et al |
| Appointed Attorney's Name | Thomas K. Hanekamp / Tressler, Soderstrom, Maloney & Priess / 233 S. Wacker Dr / Chicago, Ill 60606 |
| If case is still pending, please check box: | ☒ |