Dawayne Tolliver
P.O. Box 089002
Div. 9 3B
Chicago, IL 60608

Case 1:08-cv-00198 Document 13 Filed 06/19/2008 Page 1 of 4

FILED
JUN 19 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No# 08 C 198

Judge Manning

Dawayne Tolliver Vs. J. Pentimone, et al.

I'm writting this letter to inform the court I have already sent an In forma pauperis Application and Financial Affidavit 5/8/08 to the court, and now I received your court order and I will comply, but do to the social Worker Hamilton that work my deck is unavailable for me to fill out the Financial Affidavit because the social Worker does that, and he haven't been doing his job so I had to write up grievances concerning my legal mail coming in and going out, I fill out my part of In forma pauperis Application and now the Social Worker has to fill out the rest of the Financial Affidavit so I can comply with the court order, I need your assistance in this urgent matter sir, the Social Worker Hamilton is not available to fill out the Financial Affidavit I'm powerless because I'm incarcerated at Cook County Jail to do anything to assist myself with the Financial Affidavit fill out by authority here in Cook County Jail I wrote the trust fund office, I wrote the Social Worker Hamilton and still to no avail I need your assistance "Judge Manning" in this urgent cry for assistance in this matter before you and your court what do I do? Sir?

Dawayne Tolliver



**Department of Police * City of Chicago**
3510 South Michigan Avenue * Chicago, Illinois 60653

Date  20 NOV 2007

Re: C. L. No. 1010923

Dear  Dawayne Tolliver

A complaint against a Department member, registered under the above Complaint Log (C.L.) Number, is currently under investigation by the Chicago Police Department.

A vital step in the investigation is an interview with the person who registered the complaint as well as witnesses. This step is essential in order to conduct a complete and thorough investigation.

Please contact me as soon as possible so that I can make arrangements to meet with you regarding the incident under investigation. The following information is provided so that you can contact me without unnecessary inconvenience:

Name:  P.O. David Woods

Address:  3510 S. Michigan  Chicago, IL 60653

Telephone:  312-745-6310

Hours Available:  8:00 AM - 4:00 PM  Mon - Fri

Sincerely,

CPD-44.223 (REV. 1/07)

To Whom Is Responsable for not issuing my legal Mail Out to Me Supervisor Office of the mail Room

Part-A / Control #: _____ X
Referred To: Div11/Sgt.
☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Division 11 C.C.

Detainee Last Name: **Tolliver**     First Name: **Dawayne**
ID #: **2007-0072569**  Div.: **9**  Living Unit: **3B**  Date: **4/30/08**

BRIEF SUMMARY OF THE COMPLAINT: This issue is concerning Division 11 the individuals that handles the Legal Mail and so on I was suppose to receive an Court order from the Federal Court Judge for my In Forma Pauperis Application And Financial Affidavit Court Order form paper with Judge Manning Name on it. I never receive it whom ever Officer John Doe that work Division 11 C.C. never gave me my Legal Mail and they are liable for handling Legal Mail that suppose to be pass out to the one's it belongs to and I never come or never receive it. This all happen without any Authority of Individuals holding themselves

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
for their actions of misuse of the handling of Mail

ACTION THAT YOU ARE REQUESTING:
Whom Ever John Doe Officer that handle Division 11 mail for

DETAINEE SIGNATURE: **Dawayne Tolliver**

C.C. didn't pass out my Legal Mail on Court order to
C.R.W.'S SIGNATURE: [signature]     DATE C.R.W. RECEIVED: **05/01/08**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Case 1:08-cv-00198 Document 13 Filed 06/19/2008 Page 4 of 4

*[Handwritten at top:]* To George Supervisor of the Mail Room
#3 People who is for George
for Division 11 Individual in charge of the Mail

Part-A / Control #: ___X___

Referred To: Div 6/Mailroom

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

*I'm not getting*

Detainee Last Name: **Tolliver** First Name: **Dawayne**

ID #: **2007-0022569** Div.: **9** Living Unit: **3B** Date: **4/30/08**

BRIEF SUMMARY OF THE COMPLAINT: To Supervisor of the Mail I was suppose to received two court orders from the federal judge 219 S. Dearborne which I didn't get do to the fault of the individuals that handle the mail on "C.C. Division 11" where the mail came up missing because I never receive it do to the People who Doe's that suppose to pass out the Legal mail and now do to their faults not informs or giving me my court order mail which denied me for not comply with an order without informs me of my court order which I "never receive" and now I have to strap it out this whole matter.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: _____

ACTION THAT YOU ARE REQUESTING: To stop messin with my coming in Legal Mail Especially Division 11 where all this happenabout my mail came into someone else hands because I never receive it.

DETAINEE SIGNATURE: **Dawayne Tolliver**

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: __/__/__

---

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)