RECEIVED
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Judge Manning

Dawayne Tolliver

Magistrate Judge Nolan

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.   Case No: 08C 0198
(To be supplied by the Clerk of this Court)

J. Pentimone Police Officer Badge 6054 Chicago Police Department 3340 W. Fillmore, Liability of Supervisory Officers, Other Officers present at the scene, Individual Officer with immediate contact with the plaintiff, On 9-28-07, Police Officer Dobek from 5555 W. Grand Central Police Department for denied me Medical Attention for Medical Treatment in their individual capacities

(Enter above the full name of ALL for denying me Medical Treatment and
defendants in this action. Do not their Policy of Chicago Police Department and
use "et al.") Lieuteant or Captain whom check the surveillance camera on 9-28-07 also DM 5 Intake and DM II Cook County Jail

CHECK ONE ONLY:

__SECOND AMENDED__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   **Plaintiff(s):**

   A.   Name: Dawayne Tolliver

   B.   List all aliases: _____

   C.   Prisoner identification number: 20070072569

   D.   Place of present confinement: Cook County Jail

   E.   Address: P.O. Box 089002, Chicago, Ill. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.   Defendant: Jerry Penttmone
        Title: Police Officer 6054
        Place of Employment: 3340 W. Fillmore

   B.   Defendant: Dobek
        Title: Police Officer
        Place of Employment: 5555 W. Grand Central Police Station

   C.   Defendant: Other Officers present at the scene   To be Subpoena
        Title: Police Officer John Doe
        Place of Employment: Chicago Police Department

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   Individual Officer with immediate contact with the plain
       Individual Officer John Does      To be Subpoena
   Chicago, Police Department

   Liability of Supervisory Officers
       Police Officials Officer's John Does
                                         To be Subpoena
   Chicago - Police Department

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Dawayne Tolliver V. Cook County Administrator Dawayne Tolliver V. Cook County jail   05 6615

B. Approximate date of filing lawsuit: 1-5-06, 10-3-06, 11-27-07, 11-29-07, 12-3-07 9-23-93, 1-9-08, 1-9-08, 1-9-08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A Dawayne Tolliver

D. List all defendants: Cook County jail, Cook County Administrator, Cook County Sheriff, City of Chicago, John Strager hospital, Prudent hospital, Rollie Jenkins, Jame Perry, Superintendent Snooks, Jerry Pentimone, Chicago Police Department

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern District

F. Name of judge to whom case was assigned: Judge Gettleman

G. Basic claim made: No Medical Treatment living conditions

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): yes still pending

I. Approximate date of disposition: I haven't had one yet

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Names of cases and docket number Dawayne Tolliver Vs Chicago Police Officer Jenkins

Approximate date of filing lawsuit Sept. between Oct. 1993/1-5-06/10-2/07
9-27-93 1-9-08, 1-9-08, 1-9-0 12-3-07

List all plaintiffs (if you had co-plaintiffs) including and aliases N,

List all defendants: Cook County Sheriff, Cook County Administrator, Chicago Police Officer Jenkins, City of Chicago, James Novy, Jr. Pentimon, Prodent Hospital, John Stroger Hospital, Superintendent Snooks etal, Cook County Medical Staff, Edwin A Burnette, Richard DOS Richard A Devine, Mark Douglas, Assistants John Does Police Officers John Does

Court in which the Lawsuit was filed. If federal court, name the district, if state court name the county: Northern District of Illinois Eastern District

Name of Judge to whom case was assigned: Judge Aspen, John W. Darrah, Gettleman

Basic Claim Made: Police Brutality or Misconduct, No Medical Treatment

Disposition of this case for example: Was the case dismissed? Was it appeal? Is it still pending? yes it still pending

Approximate date of disposition? No, It haven't happen yet still waiting

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) I was denied Medical Treatment from Grand Central Police Station 9-23-07 Deliberate indifference for Hospital Liability of Supervisory Officers, Other Officers present at the scene, Individual Officer with immediate contact with the plaintiff, On 9-23-07 Although the Supervisors weren't actually present at the scene they are liable for acquiescing their unlawful activities of having prior complaints of misconduct this particular Section 3340 West Fillmore, Special operation. Supervisor failure to act has amounted to rough, reckless and even deliberate indifference to my constitutional rights. When Misconduct of these subordinates reached me when I was stopped without reason, questioned on the spot, searched, then disrobed to matched the discription - inpartial. Of a wanted suspect. Then with this, the Officer J. Pentimone #6034 violated the privacy of my body, an act that was so offensive and undecent, in search of drugs The said officer tugged on the waist band of my pants to have clear view of my genitals and then my rear area, using a piece of trash (this being a stick of some sort) from the ground to dig in my ass cheek in research of herione, in public.

making false allegations and furthermore signing and filing a Complaint falsely against me Allegation of watching me commit a crime, but at the same time detained an innocent person, just as myself, in search of their suspect. Why stop another person if observed me committing a crime. Upon discovery of my red shirt. A partial discription to their suspect, I was then made this officer's wante suspect This officer J. Pentimone gave my property this being the article of clothen I was disrobed of to match or made to match in partial a person being sought for drug sells. A Black hoodie and cell phone and they not only tried to deprived me of my property, but my currenty as well, freedom too and to give him a gun he would let me go free, and this is a violation of my Constitutiona Civil Rights under the United States of American. And on my arrived to 5555 W. Grand Chicago Police Station I was denied Medical Treatment from the liability of Supervisory Officer, Other Officer present at the scene, Individual officer with immediate contact with the plaintiff On 9-23-07 when I "Dawayne Tolliver" was denied Medical Attention, and I was ignore for Medical Treatment

Although the Supervisors weren't present at the scene they are liable for acquiescing their unlawful activities of abuse of power by failure to act has amounted to rough, reckless search of the undecent act to my body privacy in search for drugs, dig some sort of stick in my ass cheek(s). Which I have been ~~trying~~ to get Medical Attention for Medical Treatment and to no avail, I was ignore, disregard at 5555 W. Grand & Central Police Station, which I was there all day yelling for assitance and not once would anyone assist me, and than came a white-shirt I yell and call for him but to no avail he just ignore me, after he came and straight out the surveillance camera a Lieutenant or Captain John Doe! he left exit the door. I have been trying to get Medical Treatment for my butt and it took months. Because when I arrived at the cook County jail intake 9-24-07 I was told by an Dr Assistant John Doe that seem me, tell it to the judge in Div 5, 9-24-07 and now I was sent to DNiH and I put in Medical forms, request slips, and finally I had to write up some grievances on the

subject because I still wasn't getting any assistance's for my medical problem. my butt being sort and in pain. so I got some more grievances and kept on writting them up. And finally I was seem but it took months from 9-24-07 To 1-15-08 To be seem by an Doctor in Div. 11 and he gave me some things for me to take to have bowel movement. But I couldn't receive any from grandd central Police Department Officers 9-23-07 John Does by the Police Officers that was at the scene is liable. they never try to prevent it from happening or to assist me with medical attention for treatment I couldn't get for some reason from grandd central Police Department. Police Officer on duty hearing me crying out for assistance and couldn't get any help. All because of "Jerry Pentimone #605411 violated my privacy of my body. an act that was so offensive and undecent, in search of drugs, the officer tugged on the waist band of my pants to have clear view of my genitals and then my rear area - using a piece of trash, [this being a stick of some sort] from the ground to dig in my ass cheek in search of heroin, in public without any medical treatment for my butt being

VI.   Relief:

mess up and still I have to live that moment over, over again in my sleep which awakes me every night, because the pain I feel in my butt because I couldn't get the Medical Treatment while I was in custody of the Police Departement for Medical Treatment for Medical Attention since this incident happen to me, this will offensive to any human being deprivation for Medical Treatment for my injury from grand Central Police Department John Doe's and Officer Dobek, J. Pentimone 6054 and other John Doe's Police Officers

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be compensate for physical pain and Mental anguish and inflicting cruel and unusual punishment on me suffering hurt and pain to straighten out their policy
                                                            Ten Million Dollars

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20___

_Dawayne Tolliver_
(Signature of plaintiff or plaintiffs)

_Dawayne Tolliver_
(Print name)

2007007256 9
(I.D. Number)

P.O. Box 089002
Chicago, Ill, 60608
(Address)

Dawayne Tolliver 20070072569
P.O. Box 089002
Div. 11 DG
Chicago, Ill. 60608

Magistrate Judge Nolan
Judge Manning
Case No# 08 C 0198

    I Dawayne Tolliver in respect to the court, I'm senting grievances forms, from the Cook County jail showing since that incident happen for me to receive Medical Treatment 9-24-07 when I arrived at the Cook County jail do to the encounter with Police Officer. On 9-23-07 no medical attention or Treatment I reckive and now, it took the Cook County jail 4 Months to reckive any kind of concern by me writting up an grievance to receive any assistance about my butt being hard real hard bowEL movement is none thats one of the problems I'm having concerning this issue or the pain I have been having and crying because of what the Officer did to me now they give me some kind of pills to have bowEl movement, but nothing for the pain. Also I was i

Part-A / Control #: 2008X0035

Referred To: Cennick

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Tolliver**     First Name: **Dawayne**

ID #: **2007-0072569**  Div.: **11**  Living Unit: **DG**  Date: **1/24/08**

BRIEF SUMMARY OF THE COMPLAINT: I haven't receive any medical Treatment for my butt being hurt do to my encounter with the Chicago Police Officer the day of my arrest 9-23-07 when I start complaining about it 9-24-07 when I arrived at the Cook County jail and it took all this time me putting medical forms, requests slips, and now grievances concerning the abuse I took from the Police Officer on that day. I am having problems using bowel movements and my ass is sore do to the pain I am feeling from the undecency expectation of privacy violated by Police Officer, I still looking for medical Treatment

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
I have inform the Medical Staff here in Div. 11 1-15-08

ACTION THAT YOU ARE REQUESTING:
To receive medical Treatment

DETAINEE SIGNATURE: *Dawayne Tolliver*

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: **1/25/08**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: _Program Serves_

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Tolliver**       First Name: **Dawayne**

ID #: **2007-0072569**  Div.: **11**  Living Unit: **C.C.**  Date: **2/13/08**

BRIEF SUMMARY OF THE COMPLAINT: I received my appeal and it is a lie I Dawayne Tolliver never refuse any medical examine it was Doctor Yu being unprofessional toward me. They are trying to make it look like I refuse and I never did that's a lie. I never sign anything refusing medical treatment that's why I wrote a grievance on that issue on Doctor Yu unprofessional medical treatment and I never heard anything on that grievance I wrote on D(?) and social worker Martinez has it and I still waiting on a reply

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: _illegible_

ACTION THAT YOU ARE REQUESTING: I have been (?) _illegible_

DETAINEE SIGNATURE: _Dawayne Tolliver_

C.R.W.'S SIGNATURE: _Joe Walker_       DATE C.R.W. RECEIVED: **2/15/08**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: __Tolliver__    First Name: __Dawayne__

ID#: __2007-0072569__ Div: __11__ Tier/LivingUnit: __CC__

Date of Request: __2/13/08__    Date C.R.W. Received Request: __2/15/08__

This request has been processed by: __Sue Nohastean__ C.R.W.

Summary of Request: Detainee wants to see a doctor and said he didn't refuse treatment.

Response and/or Action Taken: Per Cermak Detainee refused treatment all levels of response have been exhausted see attached appeal.

__Sue Nohastean__ - __Sue Nohastean__   Date: __2/20/08__ Div./Dept. __11__
(Print- name of individual responding)   (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Tolliver**       First Name: **Dawayne**

ID #: **2007-0072569**  Div.: **11**  Living Unit: **DG**  Date: **1/15/08**

BRIEF SUMMARY OF THE COMPLAINT: The issue is concerning the Doctor Carlos Altez 1-15-08 Tuesday Morning I was on sick-call line, and I complain about my ass being sore du to my unforturnately encounter with Police Officer sticking something in my butt. And I wouldn't let Doctor Carlos Altez put his finger's inside of my butt, and he wouldn't put it on file, and now I have to write him up for not doing his job as a Doctor and putting down what happen to my ass, or my butt on 9-23-07 when I complaint about it some that I would need Medical attention

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
The federal Court Now knows about it Also

ACTION THAT YOU ARE REQUESTING:
To have my right to medical treatment for my butt being poke with something inside my butt for treatment

DETAINEE SIGNATURE: *Dawayne Tolliver*

C.R.W.'S SIGNATURE: _____        DATE C.R.W. RECEIVED: __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 208X0095

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Tolliver  **First Name:** Dawayne  **ID#:** 2007-0072569

**Is This Grievance An Emergency?**  YES ☐  NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges unprofessional conduct by M.D. regarding documentation

**C.R.W. Referred Griev. To:** Cermak  **Date Referred:** 1/10/08

**Response Statement:** Referred to Medical Services

_____ (print-name of individual responding to this griev.) _____ (signature of individual responding to this griev.) **Date:** 1/18/08  **Div./Dept.** CMS

LT. Nawrot (print - name of Supt. / Designee / Dept. Admin.)  (signature)  **Date:** 24/Jan/08  **Div./Dept.** Div 11

(print - name of Prog. Serv. Admin./ Asst. Admin.)  (signature)  **Date:** 1/18/07

**Date Detainee Received Response:** 1/29/08  **Detainee Signature:** Dawayne Tolliver

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** 1/29/08

**Detainee's Basis For An Appeal:** This have been to long to receive medical attention since 7-24-07 since I have been complaining about this medical problem since I been in

**Appeal Board's Acceptance Of Detainee's Request:**  YES ☐  NO ☒

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**
_____

**Appeal Board's Signatures / Dates:** _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___  **Detainee Signature:** _____

**GRIEVANCE CODE(S):** (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2008 X 0478

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: Tolliver   First Name: Dawayne   ID#: 2007 00 72569

Is This Grievance An **Emergency**?   YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges lack of medical attention

C.R.W. Referred Griev. To: Cermak   Date Referred: 3/13/08

Response Statement: Referred to Medical Services

C. Smith  (signature)   Date: 3/13/08   Div./Dept. CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Capt. T. Elenhart Sr.  (signature)   Date: 03/17/08   Div./Dept. CCDOC
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

L. Maxey  (signature)   Date: 3/14/08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 3/18/08   Detainee Signature: Tolliver

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___   Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)