Dawayne Tolliver
P.O. Box 089002
Div. 6 1D
Chicago, Ill. 60608

FILED
Aug 11, 2008
AUG 11 2008
Aug 11, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No # 08cv198
08C198

Judge Manning

Magistrate Judge Nolan

Dawayne Tolliver vs. J. Pentimone, et al,

I am writting this letter in regards that the Cook County jail were I'm incarcerated at do not certifcate any filing for the count I was inform by the Supervisor Warren when I address that issue. The only certifcate is for the Law Library to give me and any other detainee. That is indigent person they would provide postage stamps to send out legal mail that's all, no certifcate mail from the Supervisor of the Social Worker. You assist in that matter if I had to. Thank You

Dawayne Tolliver 20070072869
P.O. Box 089002
Div. 6 1D
Chicago, Ill. 60608